# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 6:14-cv-1231-Orl-18DAB

**KATHRYN M. HANCOCK,**

---

## ORDER

THIS CAUSE was referred to United States Magistrate Judge David A. Baker for a report and recommendation on Plaintiff United States of America's Motion for Default Judgment (Doc. 11). Judge Baker issued his Report and Recommendation on December 12, 2014 (Doc. 12). Having reviewed the Report and Recommendation (Doc. 12), and there being no objections filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 12) is **APPROVED** and **ADOPTED**.

2. The Court **GRANTS** United States of America's Motion for Default Judgment (Doc. 12).

3. The Clerk of the Court is directed to **ENTER JUDGMENT** against Defendant Kathryn M. Hancock and in favor of Plaintiff United States of America in the amount of $3,764.88 in unpaid principal, plus $1,396.20 in accrued interest at the rate of 2.47% from April 27, 2011 through September 15, 2014 for Account No. 2011A61112, together with post-judgment interest

-2-

at the legal rate pursuant to 28 U.S.C. § 1961, costs of $35.00 (service of process charge), and attorney's fees of $1,020.00.

**DONE and ORDERED** in Orlando, Florida on this ___5___ day of January, 2015.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party